UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00130-FDW-DSC

| | | |
|---|---|---|
| CHRISTOPHER L. PHIFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this Court under sentence four of 42 U.S.C. § 405(g) to enter a judgment reversing her decision and remanding this case for further administrative proceedings (Doc. No. 15). Plaintiff's counsel does not oppose Defendant's motion.

Pursuant to the power of this Court to enter a judgment reversing and remanding the Commissioner's decision in Social Security cases under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: October 19, 2017

Frank D. Whitney
Chief United States District Judge